No. 78–5154. ANDRADE *v.* SIMPSON. Ct. App. D. C. Certiorari denied.

No. 78–5155. AILSTOCK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5157. LINDSEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5158. LOCKETT *v.* BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 78–5161. PARKER, AKA COLE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 78–5164. KELLEY *v.* UNITED STATES; and
No. 78–5173. FISH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 577 F. 2d 145.

No. 78–5165. ALSTON *v.* ZAHRADNICK, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 78–5169. GARCIA *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 78–5170. BUTLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5174. HENRY *v.* HENRY. Ct. App. La., 4th Cir. Certiorari denied.

No. 78–5176. SCEIFERS *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 78–5183. FREE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5187. CALLISON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.